**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

SCARLETH TATIANA JARQUIN-GADEA,

                Petitioner,

     v.

KRISTI NOEM, et al.,

                Respondents.

No. 5:25-cv-02800-FMO-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Scarleth Tatiana Jarquin-Gadea. No party filed objections to the Report and Recommendation within the time permitted. (ECF 25.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted;

2. The First Amended Petition is **granted** as to Claim Two;

3. Claims One, Three, Four, and Five are denied as moot;

4. The relief provided in the TRO is made permanent: namely,

Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not be detained unless respondents demonstrate at a pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner; and

5.    The Court Clerk shall serve this Order and Judgment on all counsel or parties of record.

DATED:  April 21, 2026                    _____/s/_____
                                          HONORABLE FERNANDO M. OLGUIN
                                          UNITED STATES DISTRICT JUDGE

2